UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAUNNA B. BURCH,<br><br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.   2:14-CV-299-LRS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The Defendant's Motion for Summary Judgment is **DENIED**.  The Commissioner's decision is REVERSED and pursuant to sentence four of 42 USC 405(g), this matter is REMANDED to the Commissioner.

    DATED:  August 4, 2015

                                SEAN F. McAVOY
                                Clerk of Court

                                By: *s/Renea Grogan*
                                    Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**